*State, Respondent, v. Hambleton, Petitioner*, No. 93240-9. Petition for review of a decision of the Court of Appeals, No. 31862-1-III, May 17, 2016, 194 Wn. App. 1005. *Denied* September 28, 2016.

*State, Respondent, v. Vela, Petitioner*, No. 93241-7. Petition for review of a decision of the Court of Appeals, No. 72627-7-I, April 18, 2016, 193 Wn. App. 1023. *Denied* September 28, 2016.

*Paunescu et al., Petitioners, v. Eckert et al., Respondents*, No. 93244-1. Petition for review of a decision of the Court of Appeals, No. 47265-1-II, May 10, 2016, 193 Wn. App. 1050. *Denied* September 28, 2016.

*In re Estate of Hook*, No. 93247-6. Petition for review of a decision of the Court of Appeals, No. 73102-5-I, May 9, 2016, 193 Wn. App. 862. *Denied* September 28, 2016.

*State, Respondent, v. Scott, Petitioner*, No. 93248-4. Petition for review of a decision of the Court of Appeals, No. 73364-8-I, April 18, 2016, 193 Wn. App. 1025. *Denied* September 28, 2016.

*State, Respondent, v. Rosales-Contreras, Petitioner*, No. 93249-2. Petition for review of a decision of the Court of Appeals, No. 72911-0-I, April 18, 2016, 193 Wn. App. 1024. *Denied* September 28, 2016.

*State, Respondent, v. Sanabria, Petitioner*, No. 93250-6. Petition for review of a decision of the Court of Appeals, No. 46685-6-II, May 3, 2016, 193 Wn. App. 1043. *Denied* September 28, 2016.

*State, Respondent, v. Barbee, Petitioner*, No. 93251-4. Petition for review of a decision of the Court of Appeals, No. 73027-4-I, March 7, 2016, 192 Wn. App. 1061. *Denied* September 28, 2016.